USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2376 STEVEN A. GRAHAM, Plaintiff, Appellant, v. MAINE COMMISSIONER OF CORRECTIONS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Steven A. Graham on brief pro se. ________________ Robert F. Hanson, Christopher C. Taintor and Norman, Hanson & _________________ _______________________ _________________ DeTroy on brief for appellees Bert Beverly, M.D. and Rock Welch. ______ Andrew Ketterer, Attorney General, Linda Conti and Francis ________________ ____________ _______ Ackerman, Assistant Attorney Generals, on brief for appellees Lehman, ________ Merrill, Lorenz and Farrington. ____________________ September 5, 1997 ____________________ Per Curiam. We have reviewed the parties' briefs and ___________ the record on appeal. We affirm the amended judgment of the district court, dated October 29, 1996, essentially for the reasons stated in the magistrate-judge's recommended decision, dated September 30, 1996. Affirmed. Loc. R. 27.1. _________ -2-